**Penn Provision Company, Plaintiff-Appellee, v. Ralph E. Westerfeld, d/b/a Westerfeld's Market, Defendant-Appellant.**

**Gen. No. 49,956.**

First District, Second Division.

March 29, 1966.

Rehearing denied April 19, 1966.

Collen and Kessler, of Chicago (Harold Stotland and Charles N. Brusso, of counsel), for appellant; Jack Marcus, of Chicago, for appellee. Opinion by JUSTICE LYONS. **Not to be published in full.**